UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES ANTHONY LYONS** | : | **DOCKET NO. 2:22-cv-05245**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU CORRECTIONAL CENTER, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 16th day of March, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**